UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: AMENDOLA, Jennifer M.            Chapter 13
     SS# xxx xx 1786                        Case No. 09-15376-FJB

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE FOR FAILURE TO MAKE PAYMENTS
<u>NOTICE OF BAR DATE OBJECTIONS/RESPONSES</u>

    Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case, and in support thereof states as follows:

1. On June 9, 2009, the above-captioned debtors (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On July 22, 2009, the Trustee convened and presided at a meeting of creditors as required by 11 U.S.C §341.

3. The Debtor is in arrears according to the terms of the plan totaling $3,000.00 which is equal to 3.0 month(s) of plan payments. This amount does not include the current month and may increase prior to hearing. Failure to make timely payments is grounds for dismissal pursuant to 11 U.S.C §1307.

    WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,

By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO #631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313

Dated: October 19, 2011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: AMENDOLA, Jennifer M.            Chapter 13
    SS# xxx xx 1786                              Case No. 09-15376-FJB

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

    ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

                                                                 U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: AMENDOLA, Jennifer M.  Chapter 13
SS# xxx xx 1786  Case No. 09-15376-FJB

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty one (21) days of the date hereof.  If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated:  October 19, 2011

/s/ Carolyn Bankowski

SERVICE LIST

Jennifer M. Amendola
208 Turtle Pond Parkway
Hyde Park, MA  02136

Susan Grossberg
Grossberg Law Offices
100 Franklin Street, 4th Floor
Boston, MA  02110